# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA-52 | 9164476 | Gomez | S111 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged | CFR | USC | State Code |
|---|---|---|---|---|
| 9/20/2019 1350 | CFR 1.218(b)(11) | X | | |

**Place of Offense:** 10535 Hospital Way, Mather, CA 95655

**Offense Description: Factual Basis for Charge** HAZMAT ☐

(11) Disorderly Conduct Impede/Prevent The Normal Operation of A service or operation of the Facility

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| HARRIS | Shane | A |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE

**Court Address:** 501 I Street, Sacramento, CA 95814
**Date:** 12/19/2019
**Time:** 0900

X Defendant Signature [signed]

Original - CVB Copy

*9164476*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 9/20, 2019 while exercising my duties as a law enforcement officer in the Eastern District of CA

see PC statement

The foregoing statement is based upon:
☒ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 9/20/2019 [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident